UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL YOCHEM, | ) | CASE NO. SA CV 11-670-RGK (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 16, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notes1B8056\~2395238.wpd